UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                          Case No. 20-CR-45

DAN'S FISH, INC.,

    Defendant.

---

## ORDER TERMINATING PROBATION

---

For the reasons set forth in the Motion for Early Termination of Probation for Dan's Fish, Inc., and in the absence of any objection by the Government or U.S. Probation;

**IT IS HEREBY ORDERED** that the term of probation for Dan's Fish, Inc. is hereby terminated.

Dated at Green Bay, Wisconsin this 25th day of May, 2023.

                                                     s/ William C. Griesbach
                                                     William C. Griesbach
                                                     United States District Judge